JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO M. VELEZ AGULLO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00557-DJA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: June 7, 2022                    Respectfully submitted,

                                       LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                       */s/ Marc V. Kalagian*
                                       MARC V. KALAGIAN
                                       (*as authorized via email on June 7, 2022)
                                       Attorney for Plaintiff


Dated: June 7, 2022                    Respectfully submitted,

                                       JASON M. FRIERSON
                                       United States Attorney

                                       */s/ Allison J. Cheung*
                                       ALLISON J. CHEUNG
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant


                                       IT IS SO ORDERED:

                                       _____
                                       HON. DANIEL J. ALBREGTS
                                       UNITED STATES MAGISTRATE JUDGE

                                       DATED: ___June 8, 2022_____

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

> Marc Kalagian
> marc.kalagian@rksslaw.com
> Attorney for Plaintiff
>
> Gerald Welt
> gmwesq@weltlaw.com
> Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2022

> */s/ Allison J. Cheung*
> ALLISON J. CHEUNG
> Special Assistant United States Attorney